# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 1243

VERSUS

DONDRELL NIGEL MARQUIS GORDON

**DECEMBER 8, 2020**

---

In Re:    State of Louisiana, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 587822.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

    **WRIT GRANTED.** The trial court's December 7, 2020 ruling granting the defendant's request for release without bail is vacated. The matter is remanded to the trial court to consider the defendant's previous criminal history and whether the defendant poses a threat or danger to the victim. If the court determines that the defendant poses such a threat or danger, it shall require the defendant to comply with the conditions of bail set forth in La Code Crim. P. art. 320(G) and, if applicable, the court shall comply with the mandates set forth in La. Code Crim. P. art. 320(H). A written copy of the trial court's determination shall be filed in this court.

**VGW**
**JEW**

    **Chutz, J.,** dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT